UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Geovanni Rosa-Dejesus,

Petitioner,

v.

Warden William Chilcote,

Respondent.

Case No. 3:25-cv-2493

ORDER AND
JUDGMENT ENTRY

Before me is the September 15, 2026 Report and Recommendation of Magistrate Judge Jennifer Dowdell Armstrong, recommending I dismiss *pro se* Petitioner Geovanni Rosa-Dejesus's petition for a writ of habeas corpus under 28 U.S.C. § 2254 because he failed to comply with Habeas Rule 2(c) and because his claims are procedurally defaulted.[1] (Doc. No. 11).

Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949 (6th Cir. 1981). The deadline to file objections was May 11, 2026. The Petitioner has not filed any objections and that deadline has passed.

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report.

[1] Rosa-Dejesus is incarcerated at the Noble Correctional Institution in Caldwell, Ohio, where William Chilcote currently is the Warden. Therefore, I hereby order the Clerk's Office to substitute Chilcote as the Respondent in this case. *See* Fed. R. Civ. P. 25(d).

*Thomas v. Arn,* 728 F.2d 813, 815 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("[O]nly those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following my review of the Magistrate Judge's Report and Recommendation (Doc. No. 9), I accept Judge Armstrong's recommendation and deny the petition because Rosa-Dejesus's claims are procedurally defaulted. Further, I certify there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge